ELIAS LAW GROUP

250 Masachusetts Avenue NW, Suite 400 | Washington, DC 20001

November 13, 2026

**VIA CM/ECF**

Anastasia Dubrovsky, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

**Re: Rule 28(j) Letter Submitted in *United States v. Amore*, Case No. 26-1665**

Dear Clerk Dubrovsky:

Pursuant to Rule 28(j), Defendants-Appellees Carolyn Betensky, Michael Zack Mezera, Rhode Island Alliance for Retired Americans, and SEIU District 1199NE advise the Court of four recent decisions in which federal district courts have dismissed DOJ's parallel cases seeking the unredacted statewide voter lists of Delaware, Utah, Georgia, and Washington, respectively. *See United States v. Albence*, No. 1:25-cv-1453-RGA, 2026 WL 3407115 (D. Del. Nov. 10, 2026); *United States v. Henderson*, No. 2:26-cv-166-DBB-DAO, 2026 WL 3181405 (D. Utah Oct. 23, 2026); *United States v. Raffensperger*, No. 1:26-cv-485-VMC, 2026 WL 3002013 (N.D. Ga. Sep. 30, 2026); *United States v. Hobbs*, No. 3:25-cv-6078-KKE, 2026 WL 2833713 (W.D. Wash. Sep. 22, 2026). With these decisions, all 28 district courts to reach the merits have dismissed cases like this one. *See* Intervenors-Defendants-Appellees Br. 12–13 n.7. Not one district court has allowed a case to proceed past the Rule 12(b)(6) stage. Two district court cases remain, in Hawaii and Idaho, and both are stayed pending decisions from the U.S. Court of Appeals for the Ninth Circuit.

Respectfully submitted,

*<u>/s/ David R. Fox</u>*
David R. Fox (1st Cir. No. 1189538)
Christopher D. Dodge (1st Cir. No. 1185553)
Branden D. Lewiston (1st Cir. No. 1224684)

ELIAS LAW GROUP

250 Masachusetts Avenue NW, Suite 400 | Washington, DC 20001



Qizhou Ge (1st Cir. No. 1224619)
Tori A. Shaw (1st Cir. No. 1224637)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Ste. 400
Washington, DC 20001
Tel.: (202) 948-1135
dfox@elias.law
cdodge@elias.law
blewiston@elias.law
age@elias.law
tshaw@elias.law

*Attorneys for Defendants-Appellees Carolyn Betensky, Michael Zack Mezera, Rhode Island Alliance for Retired Americans, and SEIU District 1199NE*

cc: All Counsel (via CM/ECF)